438

(No. 6555—)

Sun Oil Company of Pennsylvania, Claimant, vs. State of Illinois, Department of Law Enforcement, Respondent.

*Opinion filed June 13, 1972.*

Sun Oil Company of Pennsylvania, Claimant, pro se.

William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

Perlin, C.J.

(No. 6556—)

Sun Oil Company of Pennsylvania, Claimant, vs. State of Illinois, Department of Public Health, Respondent.

*Opinion filed June 13, 1972.*

Sun Oil Company of Pennsylvania, Claimant, pro se.

William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

Perlin, C.J.